UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ONYEKA LUKE EDE,<br>　aka Lucas Ede,<br>　aka Phillip Guibert,<br>　aka Kelvin Edeh,<br><br>　　　　　　Defendant. | Case No.: 20CR3626-AGS<br><br><br>ORDER OF RESTITUTION |

IT IS HEREBY ORDERED:

1. Pursuant to 18 U.S.C. § 3663, Defendant Onyeka Luke EDE (hereinafter "Defendant") shall pay restitution in the total amount of $365,600, as a result of Defendant's conviction for conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349. Specifically, it is hereby ordered that restitution issue to S.Z. for $240,000 and R.H.E. for $125,600, consistent with the restitution listed in the Financial Addendum at 6 (ECF 35) and Pre-Sentence Report at ¶ 132 (ECF 43).

2. After considering the factors set forth in 18 U.S.C. § 3664(f)(2), the Court finds that the Defendant has the ability to pay the restitution as detailed in the Pre-Sentence Report at ¶ 132 (ECF 43) and set forth in the following payment schedule:

   a. During any period of incarceration, Defendant shall pay restitution through the Inmate Financial Responsibility Program at the rate of 50% of Defendant's income, or $25 per quarter, whichever is greater.

   b. Upon release from custody, Defendant shall pay restitution at the rate of at least $500 per month, subject to modification upon further agreement of the parties or order of the Court.

3. The parties agree that all money forfeited in this matter, to include the Luno accounts listed in the Court's Preliminary Order of Criminal Forfeiture, shall be used first towards payment of restitution. *See* Financial Addendum at 2 (ECF 35).

4. This payment schedule does not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment, including but not limited to remedies pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A).

5. Defendant shall forward all restitution payments, by bank or cashier's check or money order payable to the "Clerk, U.S. District Court" to:

    Clerk of the Court
    United States District Court
    Southern District of California
    333 West Broadway, Suite 420
    San Diego, CA 92101

6. The Court has determined that Defendant does not have the ability to pay interest. The interest requirement is waived pursuant to 18 U.S.C. 3612(f)(3)(A).

7. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in Defendant's economic circumstances that might affect Defendant's ability to pay restitution no later than thirty days after the change occurs. *See* 18 U.S.C. § 3664(k).

8. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in mailing or residence address, no later than thirty days after the change occurs. *See* 18 U.S.C. § 3612(b)(1)(F).

//
//

9. Finally, the restitution hearing currently set for January 12, 2026, is hereby vacated.

IT IS SO ORDERED.

DATED: JAN. 10, 2026

HON. ANDREW G. SCHOPLER
United States District Judge